FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAR 24  10 53 AM '00

LORETTA G. WHYTE
CLERK

ROWENA HINDS                                                    CIVIL ACTION

VERSUS                                                         00-128

BALLY'S LOUISIANA, INC.
and ABC INSURANCE COMPANY                      SECTION "T"(4)


## ORDER AND REASONS

This cause came for hearing on March 15, 2000, upon a Motion to Remand filed on

behalf of the plaintiff, Rowena Hinds.  Oral argument was waived by the parties and the matter

was submitted on the briefs only.  The Court, having considered the Court record, the failure of

defendants to file an opposition to said motion, as well as the applicable law and jurisprudence,

is fully advised in the premises and ready to rule.

Accordingly,

**IT IS ORDERED** that the Motion to Remand, filed on behalf of the plaintiff, Rowena

Hinds, is hereby **GRANTED** and this matter is **REMANDED** to the Civil District Court for the

Parish of Orleans.

New Orleans, Louisiana, this ___23rd___ day of March, 2000.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

MAR 2 4 2000

____Fee_____
____Process_____
X _Dktd_____
____CtRmDep__
____Doc.No._6__