UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROWENA HINDS     CIVIL ACTION

VERSUS     NO. 00-0128

BALLY'S LOUISIANA, INC.     SECTION "T"
and ABC INSURANCE COMPANY

MAG. 4

FILED: _____

### MOTION AND ORDER TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Rowena Hinds, who pursuant to Local Rule of court 7.4, moves this Court to file the attached Supplemental Memorandum in Support of Motion to Remand on the grounds that counsel for Bally's Louisiana, Inc. has indicated that he has no objection to the granting of the Motion to Remand.

Respectfully submitted,

UNGAR, BYRNE & VANCE

DATE OF ENTRY
MAR 3 0 2000

RANDY J. UNGAR (12387)
PAUL N. VANCE (13007)
GEORGE W. BYRNE, JR. (3744)
DAVID GONTAR (1380)
LORETTA G. CIEUTAT (16860)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROWENA HINDS | CIVIL ACTION |
| VERSUS | NO. 00-0128 |
| BALLY'S LOUISIANA, INC. and ABC INSURANCE COMPANY | SECTION "T" |
| | MAG. 4 |

FILED: _____    _____

## ORDER

CONSIDERING THE ABOVE AND FOREGOING

IT IS HEREBY ORDERED that the Supplemental Memorandum in Support of Motion to Remand submitted by Rowena Hinds be filed into the record of this action.

New Orleans, Louisiana, this 30th day of March, 2000.

*Moot, remand ordered*

_____
JUDGE